UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CARTER

Carter J

15 CV 01960

| |
|---|
| In the Matter of the Application of: |
| Tidewater Investment SRL<br>Erin Court, Bishop's Court Hill<br>St. Michael, Barbados, |
| Tidewater Caribe, C.A.<br>Calle 77 (5 de Julio) con Ave. 3F-13<br>Sector Valle Frio<br>Maracaibo, Venezuela, |
| *Petitioners and Arbitration Award Creditors,* |
| For Recognition and Enforcement of an Arbitration Award, |
| v. |
| Bolivarian Republic of Venezuela, |
| *Respondent and Arbitration Award Debtor.* |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2015

Case No. _____

√C
[~~PROPOSED~~] ORDER AND JUDGMENT

Before the Court is the *Ex Parte* Petition To Recognize ICSID Arbitration Award ("Petition") of Tidewater Investment SRL and Tidewater Caribe, C.A. (collectively, "Petitioners"). UPON CONSIDERATION of the Petition, the accompanying memorandum of law, the Declaration of Miguel López-Forastier in support thereof, and the exhibits thereto, it is hereby:

ORDERED that Petitioners' Petition be GRANTED; and it is further

ORDERED, ADJUDGED and DECREED that:

A. The pecuniary obligations of the Final Award in favor of Petitioners and against the Respondent the Bolivarian Republic of Venezuela ("Venezuela") be recognized,

entered and recorded as a judgment by the Clerk of this Court in the same manner and with the same force and effect as if the Final Award were a final judgment of this Court; and

B. In accordance with the pecuniary obligations in the Final Award, Venezuela shall pay to Petitioners (i) $46.4 million, plus interest, from May 8, 2009 through the date of payment of that amount, accruing at an annual rate of 4.5% compounded quarterly; and (ii) $2.5 million in partial reimbursement of Petitioners' costs associated with the proceeding.

SO, THEREFORE, JUDGMENT IS HEREBY ENTERED in the amounts of (i) $46.4 million, plus interest from May 8, 2009 through the date of payment in full of that amount at an annual rate of 4.5% compounded quarterly, and (ii) $2.5 million in partial reimbursement of Petitioners' costs associated with the proceeding in favor of Petitioners Tidewater Investment SRL and Tidewater Caribe, C.A. and against Respondent the Bolivarian Republic of Venezuela.

Dated: 3/16/15

_____
United States District Judge
Part I